IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**SIERRA CLUB, STATEWIDE ORGANIZING FOR COMMUNITY eMPOWERMENT, and TENNESSEE CLEAN WATER NETWORK,**

**Plaintiffs,**

v.

No. 3:08-CV-410
(Phillips)

**NATIONAL COAL CORPORATION,**

**Defendant.**

## FINAL ORDER

The plaintiffs filed a complaint in this action on October 6, 2008, pursuant to Section 505 of the Federal Water Pollution Control Act, as amended, 33 U.S.C. § 1365. The parties filed a proposed Consent Decree with this Court on August 27, 2010, and a proposed Amended Consent Decree on September 1, 2010. On September 1, 2010, the Court received a letter from the United States Department of Justice, Environmental and Natural Resources Division, stating that the United States has reviewed the proposed Amended Consent Decree as required by 33 U.S.C. § 1365(c)(3), and that the United States has no objection to the Amended Consent Decree. The Amended Consent Decree is now ripe for entry by this Court, and the Court approves and adopts the Amended Consent Decree as its final judgment in this action.

Accordingly, it is **ORDERED:**

(1) The Amended Consent Decree, incorporated by reference as if set forth in full herein, is hereby entered as the final judgment in this action.

1

(2) The effective date of the Amended Consent Decree shall be September 3, 2010, the date of this Order.

**IT IS SO ORDERED.**

Signed:

_Thomas W. Phillips_
Thomas W. Phillips
United States District Judge